IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00758-REB-CBS

CLAIR LLOYD BEAZER,
    Applicant,
v.

WARDEN SUSAN JONES OF COLORADO STATE PENITENTIARY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,
    Respondents.

## ORDER TO ANSWER

Magistrate Judge Craig B. Shaffer

On or about April 3, 2009, Applicant Beazer filed his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (doc. # 1).  After preliminary determination of the timeliness of the Petition pursuant to 28 U.S.C. § 2244(d) and exhaustion of state court remedies pursuant to 28 U.S.C. § 2254(b)(1)(A), on July 2, 2009, the court ordered the Petition drawn to a District Judge and a Magistrate Judge. (*See* docs. # 2, # 5-9, and # 11).  Pursuant to the Order of Reference dated July 9, 2009 (doc. # 13), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, as referred" and "[p]rovide a report and recommendation with regard to the petition."  After preliminary consideration of the Application, it is now

**ORDERED** that **on or before August 31, 2009**, Respondents shall file an answer to Claims One and Two of the Petition with the Clerk of the Court at the United States Courthouse, 901 19th Street, Room A105, Denver, Colorado 80294-3589.

Dated at Denver, Colorado this 20th day of July, 2009.

BY THE COURT:

　　　s/Craig B. Shaffer　　　
United States Magistrate Judge