IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO.  09-cv-00758 REB-CBS

CLAIR LLOYD BEAZER,

    Petitioner,

vs.

SUSAN JONES, Warden of Colorado State Penitentiary, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, May 3, 2013.

BY THE COURT:

Robert E. Blackburn
United States District Judge